**DISMISS and Opinion Filed June 6, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00178-CV

### KENN THORPE, Appellant
### V.
### COMPASS BANK, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11916**

## MEMORANDUM OPINION

Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Stoddart

Appellant appeals from a summary judgment granted in favor of appellee. In a letter dated April 6, 2016, we questioned our jurisdiction over this appeal because there does not appear to be a final judgment. We instructed appellant to file a letter brief addressing the jurisdictional issue and gave appellee an opportunity to respond.

Generally, this Court has jurisdiction only over appeals from final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *See id.*

Appellee filed counterclaims seeking damages for various statutory violations, sanctions for filing a frivolous lawsuit, and attorney's fees. Appellee moved for summary judgment on appellant's claims against it. The trial court  an order granting appellee's motion for summary judgment. That order did not dispose of the counterclaims.

In his letter brief, appellant states that he agrees with our "assessment of the issue." He suggests that we "order Judge Smith to dispose of all matters at BAR and distribute the funds as I initially requested." This we will not do.

Because the judgment does not dispose of the counterclaims and is not otherwise an appealable interlocutory order, this Court lacks jurisdiction over this appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

160178F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KENN THORPE, Appellant

No. 05-16-00178-CV      V.

COMPASS BANK, Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-15-11916.
Opinion delivered by Justice Stoddart.
Justices Myers and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee COMPASS BANK recover its costs of this appeal from appellant KENN THORPE.

Judgment entered this 6th day of June, 2016.